# EXHIBIT A-1

October 21, 2022

Dear Customer,

The following is the proof-of-delivery for tracking number: 770203503334

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | ALPHA | **Delivery Location:** | |
| **Service type:** | International Priority | | |
| **Special Handling:** | Deliver Weekday | | CONAKRY, |
| | | **Delivery date:** | Oct 21, 2022 11:59 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 770203503334 | **Ship Date:** | Oct 17, 2022 |
| | | **Weight:** | 2.5 LB/1.14 KG |

| Recipient: | Shipper: |
|---|---|
| CONAKRY, GN, | NEW YORK CITY, NY, US, |

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx