**EXHIBIT A-5**



October 27, 2022

Dear Customer,

The following is the proof-of-delivery for tracking number: 770203410848

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | RECEPTION | **Delivery Location:** | BOULEVARD DU COMMERCE, RUE KA 0 |
| **Service type:** | International Priority | | B.P. 500, ALMAYA |
| **Special Handling:** | Deliver Weekday | | CONAKRY, |
| | | **Delivery date:** | Oct 21, 2022 16:17 |

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 770203410848 | **Ship Date:** | Oct 17, 2022 |
| | | **Weight:** | 2.5 LB/1.14 KG |

**Recipient:**
H.E. OUSMANE DIALLO, MINISTRE DES POSTES TELECOMMUNICAT
BOULEVARD DU COMMERCE, RUE KA 007
B.P. 500, ALMAYA
CONAKRY, GN,

**Shipper:**
MATTHEW DRAPER, DRAPER   DRAPER LLC
100 PARK AVE
STE 1600
NEW YORK CITY, NY, US, 10017

Signature Proof of Delivery is not currently available for this Tracking Number.  Availability of signature images may take up to 5 days after delivery date. Please try later, or contact Customer Service at 1.800.Go.FedEx(R) 800.463.3339.

Thank you for choosing FedEx