UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLOBAL VOICE GROUP SA,<br><br>   *Plaintiff*,<br>v.<br><br>THE REPUBLIC OF GUINEA,<br><br>   *Defendant*. | Civil Action No. 1:22-cv-02100-JMC |

**REQUEST FOR ENTRY OF DEFAULT**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff GLOBAL VOICE GROUP SA ("Global Voice") respectfully requests that the Clerk of the Court enter a default by Defendant THE REPUBLIC OF GUINEA ("Guinea"), as Guinea has failed to answer or otherwise respond to Global Voice's Complaint within the 60 days from service as allowed by 28 U.S.C. § 1608(d). A Declaration in support of this request is attached hereto as **Exhibit 1**.

Dated: December 21, 2022
   New York, N.Y.

            Respectfully submitted,

            */s/ Matthew E. Draper*
            Matthew E. Draper (DC Bar No. 1045930)
            DRAPER & DRAPER LLC
            100 Park Avenue, Suite 1600
            New York, NY 10017
            T: (347) 442-7788
            Matthew.Draper@draperllc.com

            *Attorneys for Global Voice Group SA*