## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GLOBAL VOICE GROUP SA, <br><br> *Plaintiff*, <br> v. <br><br> THE REPUBLIC OF GUINEA, <br><br><br> *Defendant*. | Civil Action No. 1:22-cv-02100-JMC |

### DECLARATION OF MATTHEW E. DRAPER IN SUPPORT OF
### PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

Pursuant to 28 U.S.C. § 1746, I, Matthew E. Draper, hereby declare as follows:

1.      I am a member of the Bar of this Court and I am a member at the law firm Draper & Draper LLP.  My law firm represents Plaintiff GLOBAL VOICE GROUP SA ("Global Voice") in the above-captioned action.  I am familiar with all of the facts and circumstances in the above-captioned action.

2.      I make this Declaration in support of Plaintiff Global Voice's Request for Entry of Default under Rule 55(a) of the Federal Rules of Civil Procedure, which requests that the Clerk of the Court enter a default against Defendant THE REPUBLIC OF GUINEA ("Guinea") because Guinea has failed to oppose or otherwise respond to Global Voice's Complaint.

3.      On July 18, 2022, Global Voice filed its Complaint [Dkt. 1], and on October 7, 2022, Global Voice filed its (updated) Summons [Dkt. 7].

4.      On October 17, 2022, the Clerk of the Court certified transmission of service packets pursuant to 28 U.S.C. § 1608(a)(3) containing, *inter alia*, the Summons, Complaint, and Notice of Suit, together with certified French translations of each, to five different addresses belonging to the Judicial Agent for the Republic of Guinea, the Ministry of Foreign Affairs for the Republic of Guinea, and the Minister of Post, Telecommunications and the Digital Economy for the Republic of Guinea.  [Dkt. 10].  A complete list of the documents in Global Voice's service packets is contained in the Letter in Support of Global Voice's Affidavit Requesting Foreign Mailing, and in Global Voice's Return of Service.  [Dkt. 8-1, 12].

5.      On October 21, 2022, Global Voice effected service of one service packet by FedEx waybill tracking number 7702-0350-3334 on Mr. Mohamed Sampil, the Judicial Agent for the Republic of Guinea, pursuant to 28 U.S.C. § 1608(a)(3).  [Dkt. 12, 12-1 (proof of delivery)].

6.      On October 21, 2022, Global Voice effected service of three service packets by FedEx waybill tracking numbers 7702-0347-6017, 7702-0348-7805, and 7702-0349-5906 on Dr. Morissanda Kouyaté, the head of the Ministry of Foreign Affairs for the Republic of Guinea, pursuant to 28 U.S.C. § 1608(a)(3).  [Dkt. 12, 12-2, 12-3, 12-4 (proofs of delivery)].

7.      On October 21, 2022, Global Voice effected service of one service packet by FedEx waybill tracking number 7702-0341-0848 on Mr. Ousmane Gaoual Diallo, the Minister of Post, Telecommunications and the Digital Economy, pursuant to 28 U.S.C. § 1608(a)(3).  [Dkt. 12, 12-5 (proof of delivery)].

8.      Pursuant to 28 U.S.C. § 1608(d), and based on the October 21, 2022 delivery of FedEx waybill tracking numbers 7702-0350-3334, 7702-0347-6017, 7702-0348-7805, 7702-0349-5906, and 7702-0341-0848, Guinea needed to "serve an answer or other responsive

pleading" to Global Voice's Complaint on or before December 20, 2022 (60 days).  Guinea did not do so.

9.      As at the date of this Request for Entry in Default, Guinea has not paid Global Voice any amounts due under the Final Award or the Paris Court of Appeal Judgment, has not served an answer or other responsive pleading to Global Voice's Complaint, and has not had counsel enter an appearance on its behalf in this action.  Under these circumstances, Rule 55(a) of the Federal Rules of Civil Procedure requires that the Clerk of the Court enter Guinea's default.


I declare under penalty of perjury that the foregoing is true and correct.


Dated: December 21, 2022
       New York, N.Y.

                                        */s/ Matthew E. Draper*
                                        Matthew E. Draper (DC Bar No. 1045930)
                                        DRAPER & DRAPER LLC
                                        100 Park Avenue, Suite 1600
                                        New York, NY 10166
                                        T: (347) 442-7788
                                        Matthew.Draper@draperllc.com

                                        *Attorneys for Global Voice Group SA*