IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLOBAL VOICE GROUP SA, <br><br> *Plaintiff*, <br><br> v. <br><br> REPUBLIC OF GUINEA, <br><br> *Defendant*. | Civil Action No.: 1:22-cv-02100-JMC |

**NOTICE OF SPECIAL APPEARANCE**

The Court will please note the Special Appearance on behalf of the Republic of Guinea ("Guinea") of:

> James H. Boykin (D.C. Bar No. 490298)
> Hughes Hubbard & Reed
> 1775 I Street, N.W.
> Washington, D.C. 20006-2401
> (202) 721-4751
> james.boykin@hugheshubbard.com

Counsel for Guinea appears in this action for the sole, special, and limited purpose of contesting service of process and this Court's jurisdiction over Guinea. *See, e.g.*, *Hardy Exploration & Production (India), Inc. v. Government of India*, 219 F.Supp.3d 50 (2016).

2

Dated: January 13, 2023    Respectfully submitted,

*/s/* James H. Boykin
James H. Boykin
Hughes Hubbard & Reed
1775 I Street, N.W.
Washington, D.C.  20006-2401
Tel:  (202) 721-4751
Fax:  (202) 721-4646
james.boykin@hugheshubbard.com
*Appearing Specially as Counsel for*
*Defendant Republic of Guinea*

## CERTIFICATE OF SERVICE

I hereby certify on this 13th day of January, 2023, I filed the foregoing with the Court's CM/ECF system, which will cause notice of the same to be delivered to all counsel of record.

*/s/* James H. Boykin

2