**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

GLOBAL VOICE GROUP SA,

        *Plaintiff*,

  v.

THE REPUBLIC OF GUINEA,

        *Defendant*.

Civil Action No. 1:22-cv-02100-JMC

**[PROPOSED] ORDER**

The Court has considered Plaintiff Global Voice Group SA's Motion for Leave to File a Sur-Reply to Defendant The Republic of Guinea's Reply Memorandum in Support of Defendant's Motion to Set Aside Entry of Default and Motion to Dismiss.

And hereby **ORDERS**, on this _____ day of _____, 2023 that Plaintiff's Motion for Leave to File a Sur-Reply should be and is **GRANTED**; and

It is **FURTHER ORDERED** that Plaintiff's Sur-Reply, which Plaintiff attached to its motion, is accepted as filed by the Court.

                                  _____

                                  JIA M. COBB
                                  United States District Judge