IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLOBAL VOICE GROUP SA,<br><br>　　　　　　　　*Plaintiff*,<br><br>　　　v.<br><br>REPUBLIC OF GUINEA,<br><br>　　　　　　　　*Defendant*. | Civil Action No.: 1:22-cv-02100-JMC |

**NOTICE OF SPECIAL APPEARANCE**

The Court will please note the Special Appearance on behalf of the Republic of Guinea ("Guinea") of:

>Alexander Bedrosyan (D.C. Bar No. 1044386)
>Hughes Hubbard & Reed
>1775 I Street, N.W.
>Washington, D.C.  20006-2401
>(202) 721-4604
>Alexander.Bedrosyan@hugheshubbard.com

Counsel for Guinea appears in this action for the sole, special, and limited purpose of contesting service of process and this Court's jurisdiction over Guinea.  *See, e.g.*, *Hardy Exploration & Production (India), Inc. v. Government of India*, 219 F.Supp.3d 50 (2016).

Dated: February 9, 2023                                   Respectfully submitted,

*/s/* Alexander Bedrosyan
Alexander Bedrosyan
Hughes Hubbard & Reed
1775 I Street, N.W.
Washington, D.C.  20006-2401
Tel:  (202) 721-4604
Fax:  (202) 721-4646
james.boykin@hugheshubbard.com
*Appearing Specially as Counsel for*
*Defendant Republic of Guinea*

## CERTIFICATE OF SERVICE

I hereby certify on this 9th day of February, 2023, I filed the foregoing with the Court's CM/ECF system, which will cause notice of the same to be delivered to all counsel of record.

*/s/* Alexander Bedrosyan